IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WEAVER, | No. C 07-2618 JSW (PR) |
| Petitioner, | ORDER OF DISMISSAL |
| vs. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | |
| Respondent. | |

On May 16, 2007, Petitioner filed this pro se petition for a writ of habeas corpus. On the same day that the petition was filed, the Court sent a notification to Petitioner informing him that he had not submitted the filing fee or an application for leave to proceed in forma pauperis. The Court provided a copy of the correct in forma pauperis application, along with a return envelope, and a notification that the case would be dismissed if Petitioner failed to respond to the Court's request within thirty days. Petitioner has not responded. Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee or submit an forma pauperis application.

IT IS SO ORDERED.

DATED: October 15, 2007

*Jeffrey S. White*

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JAMES WEAVER,

        Plaintiff,

  v.

CDCR et al,

        Defendant.
                                        /

Case Number: CV07-02618 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 15, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James E. Weaver
T-81985
San Quentin State Prison
San Quentin, CA 94974

Dated: October 15, 2007

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk