IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES WEAVER, | ) | No. C 07-2618 JSW (PR) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | ) ) ) | |
| Respondent. | ) | |

The Court has dismissed this pro se petition without prejudice for failure to pay the filing fee. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: October 15, 2007

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JAMES WEAVER,

        Plaintiff,

  v.

CDCR et al,

        Defendant.

Case Number: CV07-02618 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 15, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James E. Weaver
T-81985
San Quentin State Prison
San Quentin, CA 94974

Dated: October 15, 2007

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk